UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU, | No.  2:25-cv-03220-DAD-CKD (PS) |
| Plaintiff, | |
| v. | ORDER ON PREFILING REQUEST |
| THE PRESIDENT OF US, | |
| Defendant. | |

Plaintiff Taifusin Chiu's lodged complaint in this action is subject to the prefiling review order issued on June 17, 2025 in *Taifusin Chiu v. The President of the US*, Case No. 2:25-cv-00157-TLN-AC, Doc. No. 6 (Prefiling Order), which declared plaintiff a vexatious litigant.  As provided in that order and the findings and recommendations which that order adopted, plaintiff is not permitted to file any new lawsuit in this court:

> unless he submits alongside his complaint (1) a declaration under penalty of perjury explaining why he believes he has meritorious claims; (2) a declaration listing all previous actions he has filed in this court or any other court; identifying named defendants and all claims made in the previous actions; certifying as to the newly submitted case that the defendants have not been sued before or that any claims against previous defendants are not related to previous actions; stating that the current claims are not frivolous or made in bad faith; and declaring that he has conducted a reasonable investigation of the facts—an investigation which supports his claims; and (3) a cover page including the following words in all capital letters at the top of the front page: "PLAINTIFF HAS BEEN

DECLARED A VEXATIOUS LITIGANT IN CASE NO. 2:25-cv-[00704-DJD-AC (PS)].

*Chiu*, Doc. Nos 4 at 8; 6 at 2.  Plaintiff has failed to file any of those required documents in this action.

Accordingly, the court orders that the Clerk of the Court shall not file plaintiff's lodged complaint and is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2